12 So.2d 103

### Mary SALES, Alias, v. STATE.

### 8 Div. 214.

Supreme Court of Alabama.
Feb. 18, 1943.

Russell W. Lynne, of Decatur, for the petition.

Wm. N. McQueen, Atty. Gen., and Walter W. Flowers, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Mary Sales, alias McKinney, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Sales v. State, 12 So.2d 101.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.